

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 12, 2007

**BY ELECTRONIC CASE FILING**

The Honorable John E. Sprizzo
United States District Judge
Southern District of New York
United States Courthouse
New York, New York 10007

      Re:  **Bernadette Younker v. United States**
           **07 Civ. 4707, 05 Cr. 827 (JES)**

Dear Judge Sprizzo:

    Ms. Younker filed a petition pursuant to 28 U.S.C. Section 2255, and the Court ordered that the Government respond by September 14, 2007. The Government requests a three-week extension of time to respond to Ms. Younker's petition, that is, an extension up to and until October 5, 2007.

                      Respectfully submitted,

                      MICHAEL J. GARCIA
                      United States Attorney

        By:  /s Christine Y. Wong
              Christine Y. Wong
              Assistant U.S. Attorney
              (212) 637-2460

Enc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

BERNADETTE ELAINE YOUNKER, :
Petitioner, :

-v- ORDER

: 07 Civ. 4707 (JES)

UNITED STATES OF AMERICA, 05 Cr. 827 (JES)

:

Respondent.

- - - - - - - - - - - - - - - - - - -X

WHEREAS, Petitioner has filed an action pursuant to 28 U.S.C. Section 2255;

WHEREAS, the Court has ordered the Government to file answer or other pleading to the petition no later than October 5, 2007;

WHEREAS, the Government has requested an extension of time of three weeks to respond;

IT IS HEREBY ORDERED that Government's answer or other pleading to the petition is due no later than the defendant's guilty plea is accepted.

SO ORDERED:

Dated: New York, New York
September __, 2007

____________________________________

HON. JOHN E. SPRIZZO
UNITED STATES DISTRICT JUDGE