**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 12, 2007

**BY ELECTRONIC CASE FILING**

The Honorable John E. Sprizzo
United States District Judge
Southern District of New York
United States Courthouse
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/21/07

    Re:  **Bernadette Younker v. United States**
          07 Civ. 4707, 05 Cr. 827 (JES)

Dear Judge Sprizzo:

    Ms. Younker filed a petition pursuant to 28 U.S.C. Section 2255, and the Court ordered that the Government respond by September 14, 2007. The Government requests a three-week extension of time to respond to Ms. Younker's petition, that is, an extension up to and until October 5, 2007.

                      Respectfully submitted,

                      MICHAEL J. GARCIA
                      United States Attorney

          By:  /s Christine Y. Wong
              Christine Y. Wong
              Assistant U.S. Attorney
              (212) 637-2460

Enc.

**SO ORDERED:**

*/s/ John E. Sprizzo*
**U.S.D.J.**

9-20-07